# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 19, 2013

## NO. 03-11-00793-CR

**Charles Jerome Hutchinson, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 403RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the written motion of the appellant to dismiss the appeal and the same being considered, it is the opinion of this Court that the same should be granted. It is **THEREFORE ORDERED** that the appellant be allowed to withdraw his notice of appeal and that the appeal be dismissed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs be made; and that this decision be certified below for observance.